UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOCUSPOINT NETWORKS, LLC,

    Plaintiff,

    v.

D.T.V. LLC,

    Defendant.

Case No. 14-cv-01278-JSC

**ORDER RE: JUNE 19 HEARING AND JURISDICTION**

Plaintiff LocusPoint Networks, LLC ("LPN") filed this breach of contract action against Defendant D.T.V. LLC ("DTV") in federal court on the basis of diversity jurisdiction. The Court has an independent obligation to satisfy itself that it has federal subject matter jurisdiction. *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004). Jurisdiction founded on diversity "requires that the parties be in complete diversity and the amount in controversy exceed $75,000." *Matheson v. Progressive Specialty Ins. Co.*, 319 F.3d 1089, 1090 (9th Cir. 2003). Complete diversity means that "each of the plaintiffs must be a citizen of a different state than each of the defendants." *Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1095 (9th Cir. 2004). Further, the party asserting diversity jurisdiction bears the burden of proof. *Resnik v. La Paz Guest Ranch*, 289 F.2d 814, 819 (9th Cir. 1961). Generally, LLCs are "citizen[s] of every state in which [their] owners/members are citizens*." Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Thus, citizenship here is dependent on the citizenship of the parties' owners/members. Although the Complaint alleges that DTV's sole member is a citizen of South Carolina, the Complaint does not reveal the citizenship of LPN's members. At the hearing on June 19, 2014, LPN shall be prepared to inform the Court of the citizenship of its members.

1        **IT IS SO ORDERED.**

2    Dated: June 17, 2014

3    _____
     JACQUELINE SCOTT CORLEY
4    United States Magistrate Judge