LAW OFFICE OF CHARLES A. TWEEDY
Charles A. Tweedy [SBN 096234]
11341 Gold Express Drive, Suite 110
Gold River, California 95670

Telephone:    (916) 631-8388
Facsimile:    (916) 631-8188

Attorney for Defendant D.T.V. LLC,
a Wyoming Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LocusPoint Networks, LLC,<br>a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>D.T.V. LLC,<br>a Wyoming Limited Liability Company,<br><br>Defendant. | CASE NO. 3:14-CV-01278-JSC<br><br>[~~PROPOSED~~] ORDER<br><br>Fed. Rules Civ. Proc. Rule 12(b)(6)<br><br>Date:        June 19, 2014<br>Time:        9:00 a.m.<br>Courtroom:   F |

The Court, having considered the request of Charles A. Tweedy for a telephonic appearance at the June 19, 2014 hearing, hereby grants the request and allows Mr. Tweedy to appear via CourtCall.

IT IS SO ORDERED.   Counsel/parties shall contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

Dated: __June 18__, 2014

By: _/s/ Jacqueline S. Corley_
Jacqueline Scott Corley,
Magistrate Judge

1

[PROPOSED] ORDER