LAW OFFICE OF CHARLES A. TWEEDY
Charles A. Tweedy [SBN 096234]
11341 Gold Express Drive, Suite 110
Gold River, CA 95670

Telephone:  (916) 631-8388
Facsimile:  (916) 631-8188

Attorney for Defendant D.T.V. LLC,
a Wyoming Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LocusPoint Networks, LLC,<br>A Delaware Limited Liability Company,<br><br>                    Plaintiff,<br><br>vs.<br><br>D.T.V. LLC,<br>A Wyoming Limited Liability Company,<br><br>                    Defendant. | CASE NO.  3:14-CV-01278-JSC<br><br>**STIPULATION TO CONTINUE DATE FOR COMPLETION OF MEDIATION AND [PROPOSED] ORDER THEREON**<br><br>**Magistrate Judge Jacqueline Scott Corley**<br>**Requested Date: November 20, 2014** |

Plaintiff LocusPoint Networks, LLC,, and Defendant D.T.V. LLC, by and through their respective counsel of record hereby request a two-week continuance of the Mediation Completion Date from November 5, 2015 to **November 20, 2014:**

The Court referred this case to the Court's ADR program for Mediation to be completed by November 5, 2014 at the   Following the Case Management Conference held in this action held on August 7, 2014, the Court ordered this action referred to the Court's ADR program for a mediation to be completed within 90 days,  pursuant to the Court's Civil Pretrial Order dated August 7, 2014.

1

**STIPULATION TO CONTINUE DATE FOR COMPLETION OF MEDIATION AND ORDER**
**NO. 3:14-CV-01278-JSC**

The Court appointed Simon Frankel as Mediator on September 22, 2014. On October 6, 2014, the Court entered its Order vacating the appointment of Mr. Frankel and appointing a new mediator, Robert Hirsh.

On October 15, 2014, a pre-mediation conference was held among the Mediator and counsel for Plaintiff and Defendant. At that conference it was learned for the first time that the mediator was not available to hold the mediation until November 17, 2014.

In light of the change of Mediators and the unavailability of Mr. Hirsch until November 17, the parties hereby stipulate and agree to continue the Mediation Completion Date to **November 20, 2014.**

Date:   October 16, 2014                    Law Office of Mark Schallert

                                            By: _____
                                            Mark Schallert, Esq., Attorney for
                                            Plaintiff LocusPoint Networks, LLC

Date:   October 16, 2014                    Law Office of Charles A. Tweedy

                                            By: _____
                                            Charles A. Tweedy, Esq., Attorney for
                                            Defendant D.T.V. LLC

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ORDERED that the Mediation Completion Date is continued to November 20, 2014.

Date:   October 21, 2014
        _____

                                            _____
                                            Jacqueline Scott Corley
                                            United States Magistrate Judge

2

STIPULATION TO CONTINUE DATE FOR COMPLETION OF MEDIATION AND ORDER
NO. 3:14-CV-01278-JSC