UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LOCUSPOINT NETWORKS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>D.T.V., LLC,<br><br>    Defendant.<br>_____/ | No. C 14-1278 JSC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     November 17, 2014<br>Mediator:  Robert Hirsch |

IT IS HEREBY ORDERED that the request to excuse defendant representative Randolph Weigner from appearing in person at the November 17, 2014, mediation before Robert Hirsch is DENIED. The court finds that Mr. Weigner has not made adequate showing that requiring him to appear in person would cause him 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED and Mr. Weigner shall attend the session in person.

Counsel is also instructed to carefully review ADR L.R. 6-10(f), which requires that requests to be excused from appearing at a mediation session must include the positions of both opposing counsel and the mediator, be submitted 14 days in advance of the mediation, and NOT be filed.

IT IS SO ORDERED.

November 12, 2014      By: _____
Dated                                         Maria-Elena James
                                              United States Magistrate Judge