UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOCUSPOINT NETWORKS, LLC,

    Plaintiff,

  v.

D.T.V. LLC,

    Defendant.

Case No. 14-cv-01278-JSC

**FIRST AMENDED PRETRIAL ORDER**

Re: Dkt. No. 56

Following an initial Case Management Conference, the Court entered a Civil Pretrial Order in this case on August 7, 2014. (Dkt. No. 40.) Following the further Case Management Conference held on January 8, 2015, and upon review of the parties' Joint Case Management Conference Statement (Dkt. No. 56), IT IS HEREBY ORDERED THAT:

1. Plaintiff shall provide a proposed amended complaint to Defendant by January 13, 2015. Defendant shall notify Plaintiff, by no later than January 16, 2014, whether Defendant will stipulate to the proposed amended complaint. If Defendant does not so stipulate, Plaintiff shall filed a noticed motion for leave to amend within one week of receiving notice from Defendant.

2. All counsel and parties shall appear at the February 9, 2015 mediation.

3. The following deadlines shall govern the case:

| | |
|---|---|
| Completion of Depositions: | February 13, 2015 |
| Deadline for Dispositive Motions: | February 27, 2015 |
| Deadline for Oppositions to Dispositive Motions: | March 26, 2015 |
| Deadline for Replies to Dispositive Motions: | April 16, 2015 |
| Hearing on Dispositive Motions: | April 30, 2015 |
| Pretrial Conference: | June 11, 2015 |

1    Trial Start Date:                                              June 29, 2015

2    4.    A further Case Management Conference is set for March 19, 2015 at 1:30 p.m.
3  The parties shall file a Joint Case Management Statement by March 12, 2015 that indicates
4  whether the parties would like a referral to a magistrate judge for further mediation.

5    All remaining portions of the Court's Pretrial Order remain in place.

6    **IT IS SO ORDERED**.

7  Dated: January 9, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge