Richard Mooney, Esq. (SBN 176486)
richard.mooney@rimonlaw.com
Rimon, P.C.
One Embarcadero Center, Suite 400
San Francisco, California  94111
Telephone:  (415) 539-0443
Facsimile:  (800) 930-7271

Attorneys for Defendant D.T.V. LLC,
a Wyoming Limited Liability Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFRONIA

| | |
|---|---|
| LOCUSPOINT NETWORKS, LLC,<br>a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>D.T.V. LLC,<br>a Wyoming Limited Liability Company,<br><br>Defendant. | Case No. 3:14-CV-01278-JSC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT D.T.V. LLC; [PROPOSED] ORDER** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL AND SUBSTITION OF COUNSEL FOR DEFENDANT D.T.V. LLC
CASE NO. 3:14-CV-01278-JSC

1    PLEASE TAKE NOTICE THAT Defendant D.T.V. LLC has retained Rimon P.C. to

2  substitute as counsel for Law Office of Charles A. Tweedy in the above-captioned matter.

3    Withdrawing counsel for Defendant D.T.V. LLC is:

4                         Charles A. Tweedy
                         Law Office of Charles A. Tweedy
5                         11341 Gold Express Drive, Suite 110
                         Gold River, California 95670
6

7    All pleadings, orders and notices should henceforth be served upon the following

8  substituted counsel for Defendant D.T.V. LLC:

9                         Richard Mooney
                         Rimon, P.C.
10                        One Embarcadero Center, Suite 400
                         San Francisco, California 94111
11                        Telephone: (415) 539-0443
                         Facsimile: (800) 930-7271
12                        Email: richard.mooney@rimonlaw.com

13

14    The undersigned parties consent to the above withdrawal and substitution of counsel.

15  DATED: March ___, 2015          D.T.V. LLC

16                                  By: _____/s/_____
17                                       Randolph Weigner, Principal

18  DATED: March 5, 2015            RIMON P.C.

19                                  By: _____/s/_____
20                                       Richard J. Mooney

21  DATED: March 5, 2015            LAW OFFICE OF CHARLES A. TWEEDY

22                                  By:_____/s/_____
23                                       Charles A. Tweedy

24    Pursuant to Local Rule 5.4-3.4(a)(2)(i), I hereby attest that all other signatories listed, and

25  on whose behalf the filing is submitted, concur in the filing's content and have authorized the

26  filing.

27

28

1  DATED:  March 5, 2015          RIMON P.C.

2                                 By: _____/s/_____

3                                     Richard J. Mooney
                                      Attorneys for Plaintiff Display Systems, LLC

4

5                                **[PROPOSED] ORDER**

6      The above withdrawal and substitution of counsel is approved and so ORDERED.

7  DATED:____March 16, 2015_____

8

9                                                        _____
                                  JUDGE OF THE UNITED STATES DISTRICT

10                                COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

1

## DECLARATION OF SERVICE

2      I, Richard Mooney, declare as follows:

3      I am employed in the County of San Francisco, State of California.  I am over the age of

4  eighteen years and am not a party to this action.  My business address is One Embarcadero Plaza,

5  Suite 400, San Francisco, California 94111.  On March 5, 2015, I served the within:

6      **NOTICE OF WITHDRAWAL AND SUBSITUTION OF COUNSEL FOR
       DEFENDANT D.T.V. LLC; [PROPOSED ORDER]**

7

8  to all named counsel of record as follows

9  [X]          BY ECF (ELECTRONIC CASE FILING):  I e-filed the above-detailed documents
               utilizing the United States District Court, Northern District of California's mandated
10             EDF (Electronic Case Filing) service on March  6 , 2015.  Counsel of record are
               required by the Court to be registered e-filers, and as such are automatically e-served
11             with a copy of the documents upon confirmation of e-filing.

12

13     I certify under penalty of perjury that the foregoing is true and correct, that the foregoing

14  documents(s) were printed on recycled paper, and that this Declaration of Service was executed by

15  the undersigned on March 6, 2015, at San Francisco, California.

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL AND SUBSTITION OF COUNSEL FOR DEFENDANT D.T.V. LLC
CASE NO. 3:14-CV-01278-JSC